UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID M. MARCHETTI, ET AL., | : | |
| Plaintiffs | : | 3:OOCV185(SRU) |
| | : | |
| VS. | : | |
| | : | |
| CITY OF DANBURY, ET AL, | : | |
| Defendants | : | MAY 17, 2004 |

**PLAINTIFFS'S MOTION FOR RETURN OF BOND**

The plaintiffs respectfully request that this court issue an order returning to them the five-hundred dollar bond posted as security for costs in this matter. In support hereof, judgment was entered well more than thirty days ago.

THE PLAINTIFFS

BY  _____
NORMAN A. PATTIS
51 Elm Street, Suite 409
New Haven, CT 06510
Telephone: (203) 562-9931
Fed Bar No. ct13120
Their Attorney

1

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on , to the following parties and counsel of record:

Attorney Marcia Gleeson
Sack, Spector and Karsten
836 Farmington Ave.
West Hartford, CT 06119.

_____
NORMAN A. PATTIS