53

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DAVID M. MARCHETTI, ET AL.,           :           EBB
          Plaintiffs                  :    3:OOCV185(SRU)

VS.                                   :
                                      :
CITY OF DANBURY, ET AL,               :
          Defendants                  :    MAY 17, 2004

### PLAINTIFFS'S MOTION FOR RETURN OF BOND

The plaintiffs respectfully request that this court issue an order returning to

them the five-hundred dollar bond posted as security for costs in this matter.  In

support hereof, judgment was entered well more than thirty days ago.

THE PLAINTIFFS

BY _____

NORMAN A. PATTIS
51 Elm Street, Suite 409
New Haven, CT 06510
Telephone: (203) 562-9931
Fed Bar No.  ct13120
Their Attorney

1